UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEE STEPHENSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Respondent. | No. 1:18-cv-00724-DAD-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO RE-SERVE RESPONSE (Doc. 15) TO PETITIONER**<br><br>**(Doc. 16)** |

　　　Petitioner, Alan Dee Stephenson, has asked the Court for copies of Respondent's "Opening Brief." (Doc. 20.) Because it is unclear whether Petitioner received a copy of Respondent's answer to the petition for writ of habeas corpus, Respondent is directed to re-serve the answer on Petitioner within seven (7) days of the date of this order. Petitioner shall have thirty (30) days from the date of re-service to file his traverse, if any.

IT IS SO ORDERED.

Dated: **December 28, 2018**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1